Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
*March 04, 2025*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No.** |
| | § | |
| **EBONE MYRRIAH MOTT (1);** | § | **UNDER SEAL** |
| **Counts 1-18** | § | |
| | § | **4:25-cr-80** |
| **TIARA PETTIES (2);** | § | |
| **Counts 1, 2** | § | |
| | § | |
| **KIERRA PATRICE CHANCEY (3);** | § | |
| **Counts 1, 3** | § | |
| | § | |
| **FRANKIE DESIREE BOGANY (4);** | § | |
| **Counts 1, 4** | § | |
| | § | |
| **CANDACE BOOKER (5);** | § | |
| **Counts 1, 5** | § | |
| | § | |
| **ANDREA KING (6);** | § | |
| **Counts 1, 6** | § | |
| | § | |
| **JENNIFER PETTIES (7);** | § | |
| **Counts 1, 7** | § | |
| | § | |
| **JOSHE JOHNSON (8);** | § | |
| **Counts 1, 8, 16** | § | |
| | § | |
| **VERONICA MOSES (9);** | § | |
| **Counts 1, 9, 17** | § | |
| | § | |
| **BRITTANY GARNER-RICHARD (10);** | § | |
| **Counts 1, 10** | § | |
| | § | |
| **TRAVECIA HAMPTON-ISABELL (11);** | § | |
| **Counts 1, 11, 18** | § | |
| | § | |
| **SHEMEAKER ROY (12);** | § | |
| **Counts 1, 12** | § | |
| | § | |
| **DEKOVAN WILLIAMS (13);** | § | |
| **Count 1, 13** | § | |

| | |
|---|---|
| **MIGUEL BELL (14);** | § |
| **Counts 1, 14** | § |
| | § |
| **TRAKEESHA NISHELL BROWN (15);** | § |
| **Counts 1, 15** | § |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

1. The United States Small Business Administration ("SBA") is an executive branch agency of the United States Government. The mission of the SBA is to maintain and strengthen the nation's economy by enabling the establishment and viability of small businesses and by assisting in the economic recover of communities after disasters.

2. The Coronavirus Aid, Relief, and Economic Security ("CARES") Act is a federal law enacted in March of 2020, designed to provide emergency financial assistance to Americans suffering economic effects caused by the COVID-19 pandemic. One of the financial sources of relief provided by the CARES Act was the Paycheck Protection Program ("PPP").

3. The SBA provided loans through banks, credit unions, and other lenders, which were guaranteed by the government, and was responsible for the administration of PPP.

4. PPP loan proceeds were authorized to be used for businesses' employee payroll, mortgage interest, lease, and utilities expenses. The principal amount of and interest of a PPP loan was entirely forgivable if the business spent the loan proceeds on those authorized expenses within a designated period of time, and also spent a certain percentage of the PPP loan proceeds on payroll expenses.

5. In order to obtain a PPP loan, an application required an authorized representative of a business applying for the loan to affirm, among other items, the following:

a. The business was in operation on February 15, 2020, and had employees for whom it paid salaries. Further, the applicant was required to state the average monthly payroll expenses, and the number of employees employed by the business. These figures were used to calculate the amount of money the applicant business was eligible to receive under PPP;

b. The funds would be used to retain workers and maintain payroll or make mortgage interest payments, lease payments, and utility payments, as specified under PPP rules. The authorized representative of the business was required to sign the application stating that they understood if the funds are knowingly used for unauthorized purposes the federal government may hold the signee legally responsible for the fraud; and

c. The information provided in the application and all supporting documents and forms are true and accurate in all material aspects. Knowingly making false statements to obtain a loan from SBA is punishable under federal law.

6. Although the SBA oversaw the PPP, PPP loan applications were processed by financial institution lenders who received and processed PPP loan applications and supporting documentation. If a PPP application was approved, the participating lender funded the PPP loan through its own monies, which were 100% guaranteed by the SBA. Data from the PPP loan application, including information about the borrower, the total amount of the loan, and the listed number of employees, was transmitted by the lender to the SBA in the course of processing the PPP loan.

7. The Social Security Act initiated the Unemployment Insurance (UI) system, which is operated and managed by each state at the direction of the federal government, specifically, the Department of Labor. The UI system is designed to provide benefits to persons who are out of work due to no fault of their own, and who meet other eligibility requirements of state laws.

8. In the State of California, UI claims are commonly filed online through the Employment Development department (EDD) website, using an electronic device that can access the Internet. When an individual files an online UI claim, EDD automatically maintains certain information regarding the filing of the claim. This information includes the date and time the claim

was submitted, the name of the person for whom the claim was filed, and the Internet Provider's (IP) address of the device, or Internet Service Provider account, that was used to file the claim.

9. Claimants will receive benefits via a debit card or bank transfer. If claimants choose to be paid by debit card transfer, a new debit card will be issued. The EDD pays UI benefits via direct deposit or by prepaid debit cards, issued by Bank of America, a financial institution domiciled in Gray, Tennessee.

10. Defendant EBONE MYRRIAH MOTT (1), while residing in the State of Texas, conspired with others, specifically, the applicants for PPP loans and UI claims (Defendants 2-15), to falsify PPP loan applications and UI claims in order to help qualify the co-conspirator applicants who would have not otherwise qualified for PPP loans or UI benefits.

11. Defendant MOTT (1) created fictitious companies, prepared falsified records, and would subsequently submit the applications on the co-conspirators' behalf. MOTT was paid by the co-conspirators for her assistance, approximately $200 on the front end followed by 10% of her co-conspirators' payouts on the back end.

12. These fraudulent PPP loan applications and UI claims, along with the falsified supporting records, were relied upon by the SBA in the application process and the subsequent disbursement of loan proceeds or UI benefits.

**COUNT 1**
**CONSPIRACY TO COMMIT WIRE FRAUD**

13. Beginning in or about November 2020 and continuing through in or about August 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**EBONE MYRRIAH MOTT (1)**
**TIARA PETTIES (2)**
**KIERRA PATRICE CHANCEY (3)**
**FRANKIE DESIREE BOGANY (4)**
**CANDACE BOOKER (5)**
**ANDREA KING (6)**
**JENNIFER PETTIES (7)**
**JOSHE JOHNSON (8)**
**VERONICA MOSES (9)**
**BRITTANY GARNER-RICHARD (10)**
**TRAVECIA HAMPTON-ISABELL (11)**
**SHEMEAKER ROY (12)**
**DEKOVAN WILLIAMS (13)**
**MIGUEL BELL (14)**
**TRAKEESHA NISHELL BROWN (15)**

did knowingly, unlawfully and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing wire transmissions of falsified PPP loan applications and UI claims.

In violation of Title 18, United States Code, Sections 1349 and 1343.

**COUNT 2**
**WIRE FRAUD**

14. In or about March 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate

commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified PPP loan application, as set forth below:

| Count | Defendants | Date (On or about) | Method of Wire Communication |
| --- | --- | --- | --- |
| 2 | **EBONE MYRRIAH MOTT (1)**<br>**TIARA PETTIES (2)** | 3/20/2021 | Falsified PPP loan application transmitted electronically via Docusign, located in San Francisco, California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

**COUNT 3**
**WIRE FRAUD**

15. In or about March 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified PPP loan application, as set forth below:

| Count | Defendants | Date (On or about) | Method of Wire Communication |
| --- | --- | --- | --- |
| 3 | **EBONE MYRRIAH MOTT (1)**<br>**KIERRA PATRICE CHANCEY (3)** | 3/20/2021 | Falsified PPP loan application transmitted electronically via Docusign, located in San Francisco, California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

**COUNT 4**
**WIRE FRAUD**

16. In or about March 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified PPP loan application, as set forth below:

| Count | Defendant(s) | Date (On or about) | Method of Wire Communication |
|---|---|---|---|
| 4 | **EBONE MYRRIAH MOTT (1)**<br>**FRANKIE DESIREE BOGANY (4)** | 3/30/2021 | Falsified PPP loan application transmitted electronically via Docusign, located in San Francisco, California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

**COUNT 5**
**WIRE FRAUD**

17. In or about April 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified PPP loan application, as set forth below:

| Count | Defendants | Date (On or about) | Method of Wire Communication |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 5 | **EBONE MYRRIAH MOTT (1)**<br>**CANDACE BOOKER (5)** | 4/4/2021 | Falsified PPP loan application transmitted electronically via Docusign, located in San Francisco, California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

**COUNT 6**
**WIRE FRAUD**

18. In or about April 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified PPP loan application, as set forth below:

| Count | Defendants | Date (On or about) | Method of Wire Communication |
|---|---|---|---|
| 6 | **EBONE MYRRIAH MOTT (1)**<br>**ANDREA KING (6)** | 4/8/2021 | Falsified PPP loan application transmitted electronically via Docusign, located in San Francisco, California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

**COUNT 7**
**WIRE FRAUD**

19. In or about April 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate

commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified PPP loan application, as set forth below:

| Count | Defendants | Date (On or about) | Method of Wire Communication |
|---|---|---|---|
| 7 | **EBONE MYRRIAH MOTT (1)**<br>**JENNIFER PETTIES (7)** | 4/15/2021 | Falsified PPP loan application transmitted electronically via Docusign, located in San Francisco, California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

**COUNT 8**
**WIRE FRAUD**

20. In or about April 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified PPP loan application, as set forth below:

| Count | Defendants | Date (On or about) | Method of Wire Communication |
|---|---|---|---|
| 8 | **EBONE MYRRIAH MOTT (1)**<br>**JOSHE JOHNSON (8)** | 4/20/2021 | Falsified PPP loan application transmitted electronically to Prestamos CDFI LLC, located in Phoenix, Arizona |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

**COUNT 9**
**WIRE FRAUD**

21. In or about May 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified PPP loan application, as set forth below:

| Count | Defendants | Date (On or about) | Method of Wire Communication |
|---|---|---|---|
| 9 | **EBONE MYRRIAH MOTT (1)**<br>**VERONICA MOSES (9)** | 5/6/2021 | Falsified PPP loan application transmitted electronically via Docusign, located in San Francisco, California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

**COUNT 10**
**WIRE FRAUD**

22. In or about May 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified PPP loan application, as set forth below:

| Count | Defendants | Date (On or about) | Method of Wire Communication |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 10 | **EBONE MYRRIAH MOTT (1)**<br>**BRITTANY GARNER-RICHARD (10)** | 5/13/2021 | Falsified PPP loan application transmitted electronically via Docusign, located in San Francisco, California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

**COUNT 11**
**WIRE FRAUD**

23. In or about May 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified PPP loan application, as set forth below:

| Count | Defendants | Date (On or about) | Method of Wire Communication |
|---|---|---|---|
| 11 | **EBONE MYRRIAH MOTT (1)**<br>**TRAVECIA HAMPTON-ISABELL (11)** | 5/14/2021 | Falsified PPP loan application transmitted electronically via Docusign, located in San Francisco, California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

**COUNT 12**
**WIRE FRAUD**

24. In or about May 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate

commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified PPP loan application, as set forth below:

| **Count** | **Defendants** | **Date (On or about)** | **Method of Wire Communication** |
|---|---|---|---|
| 12 | **EBONE MYRRIAH MOTT (1)**<br>**SHEMEAKER ROY (12)** | 5/15/2021 | Falsified PPP loan application transmitted electronically via Docusign, located in San Francisco, California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

**COUNT 13**
**WIRE FRAUD**

25. In or about May 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified PPP loan application, as set forth below:

| **Count** | **Defendants** | **Date (On or about)** | **Method of Wire Communication** |
|---|---|---|---|
| 13 | **EBONE MYRRIAH MOTT (1)**<br>**DEKOVAN WILLIAMS (13)** | 5/18/2021 | Falsified PPP loan application transmitted electronically via Docusign, located in San Francisco, California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

## COUNT 14
## WIRE FRAUD

26. In or about May 2021, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified PPP loan application, as set forth below:

| Count | Defendants | Date (On or about) | Method of Wire Communication |
|---|---|---|---|
| 14 | **EBONE MYRRIAH MOTT (1)**<br>**MIGUEL BELL (14)** | 5/6/2021 | Falsified PPP loan application transmitted electronically via Docusign, located in San Francisco, California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

## COUNT 15
## WIRE FRAUD

27. In or December 2020, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified UI claim, as set forth below:

| Count | Defendants | Date (On or about) | Method of Wire Communication |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 15 | **EBONE MYRRIAH MOTT (1)**<br>**TRAKEESHA NISHELL BROWN (15)** | 12/21/2020 | Falsified UI claim transmitted electronically to UI EDD in California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

**COUNT 16**
**WIRE FRAUD**

28. In or November 2020, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified UI claim, as set forth below:

| Count | Defendants | Date (On or about) | Method of Wire Communication |
|---|---|---|---|
| 16 | **EBONE MYRRIAH MOTT (1)**<br>**JOSHE JOHNSON (8)** | 11/10/2020 | Falsified UI claim transmitted electronically to UI EDD in California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

**COUNT 17**
**WIRE FRAUD**

29. In or November 2020, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate

commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified UI claim, as set forth below:

| Count | Defendants | Date (On or about) | Method of Wire Communication |
|---|---|---|---|
| 17 | **EBONE MYRRIAH MOTT (1)**<br>**VERONICA MOSES (9)** | 11/10/2020 | Falsified UI claim transmitted electronically to UI EDD in California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

**COUNT 18**
**WIRE FRAUD**

30. In or November 2020, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants did knowingly devise and intend to devise a scheme and artifice to defraud by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme did transmit and cause to be transmitted in interstate commerce wire communications writings, signs, signals, and pictures in furtherance of the scheme, including causing a wire transmission of a falsified UI claim, as set forth below:

| Count | Defendants | Date (On or about) | Method of Wire Communication |
|---|---|---|---|
| 18 | **EBONE MYRRIAH MOTT (1)**<br>**TRAVECIA HAMPTON-ISABELL (11)** | 8/22/2021 | Falsified UI claim transmitted electronically to UI EDD in California |

All in violation of Title 18, United States Code, Sections 1343 and 2(a).

**NOTICE OF FORFEITURE**

31. Pursuant to Title 18, United States Code, Section 982 (a)(2)(A), the United States gives notice to the above-named defendants that in the event of conviction of the offenses charged in this Indictment, the United States intends to seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, as the result of such offenses.

**Money Judgment and Substitute Assets**

32. The United States gives notice that it will seek a money judgment against each defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendants up to the value of the property subject to forfeiture.

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

By:

Michael Day

Michael E. Day
Assistant United States Attorney